ORDERED.

Dated: April 20, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:19-bk-05398-LVV |
| **J.E.L. SITE DEVELOPMENT, INC.** | Chapter 7 |
| Debtor. _____/ | |
| **GENE T. CHAMBERS, CHAPTER 7 TRUSTEE FOR THE ESTATE OF J.E.L. SITE DEVELOPMENT, INC.,** | Adv. No: 6:21-ap-00081-LVV |
| Plaintiff, | |
| v. | |
| **JANICE MOORE LUCAS a/k/a JANICE W. LUCAS a/r/a JAN LUCAS,** individually, | |
| Defendant. _____/ | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING**

THIS PROCEEDING came before the Court on an emergency basis, without a hearing, on

*Jan Lucas' Emergency Motion to Continue Hearing* (Doc. No. 48) (the "Motion to Continue").

The Court, having reviewed the Motion to Continue, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion to Continue (Doc. No. 48) is **GRANTED**.

2. The hearing on Defendant's Motion for Summary Judgment (Doc. No. 23) and all responses thereto set for April 21, 2022 at 1:30 p.m. is hereby continued to **May 11, 2022 at 9:30 a.m.**

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.